UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                          :     NOTICE OF INTENT TO
                                               FILE AN INFORMATION
TIMOTHY WALKER,                    :

          Defendant.           :

- - - - - - - - - - - - - - - - x    07 CRIM. 518

JUDGE GRIESA

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           May 15, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                      JESSICA A. ROTH
                      Assistant United States Attorney

                AGREED AND CONSENTED TO:

                By: _____
                      MARK DEMARCO
                      Attorney for TIMOTHY WALKER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/07