JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

     - v. -

**INFORMATION**

TIMOTHY WALKER,
    a/k/a "Tim Dog,"

           Defendant.

------------------------------------X

07 CRIM. 518

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 7 2007

COUNT ONE

The United States Attorney charges:

1.   From at least in or about April 2003 up to and including in or about November 2004, in the Southern District of New York, TIMOTHY WALKER, a/k/a "Tim Dog," the defendant, and others known and unknown, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of said conspiracy that TIMOTHY WALKER, a/k/a "Tim Dog," the defendant, and his co-conspirators, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

(Title 21, United States Code, Section 846).

## COUNT TWO

The United States Attorney further charges:

3.   From at least in or about April 2003 through in or about November 2004, in the Southern District of New York, TIMOTHY WALKER, a/k/a "Tim Dog," the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, the conspiracy to distribute crack cocaine charged in Count One of this Information, used and carried firearms and possessed firearms, and aided and abetted the use, carrying and possession of firearms, in furtherance of such crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## FORFEITURE ALLEGATION

4.   As a result of committing the controlled substance offense alleged in Count One of this Information, TIMOTHY WALKER, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, in violation of Title 21, United States Code, Section 846, including, but not limited to:

(a)  A sum of money equal to $230,000.00 in United States currency, representing the amount of proceeds obtained by the defendant and his co-conspirators as a result of the narcotics conspiracy offense alleged in Count One of this Information.

<u>Substitute Assets Provision</u>

5.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

*[signature: Michael Garcia]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

TIMOTHY WALKER,
a/k/a "Tim Dog,"

Defendant.

---

**INFORMATION**

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

---

Foreperson.

---

6/7/07

Deft pres w/ atty Mark DeMarco, gov't by Jessica Roth, AUSA. Deft waives prosecution by indictment and consents to proceed by this information. Deft is arraigned on this instrument and ~~consents~~ enters a plea of guilty as charged. Pre-sentence investigation ordered. Sentence date set for 12/14/07 @ 10 AM. Deft cont'd remanded.